UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lloyd's Syndicate 3624 (Hiscox), et al.

                                      Plaintiff,

v.                                                Case No.: 1:18−cv−00115

                                                       Honorable John Robert Blakey

Biological Resource Center of Illinois, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 23, 2018:

       MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' agreed proposal, all issues and controversies in this matter having been resolved, this matter is hereby reinstated for the purpose of entering this Order; final judgment is entered on Count I of the Complaint [1], consistent with the Courts 9/19/18 Memorandum Opinion and Order [54], [55]; and Counts II and III of Plaintiffs Complaint [1] are voluntarily dismissed with prejudice. Each party shall bear its own attorneys fees and costs. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.